FILED: January 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4599 (L)
(3:15-cr-00121-RJC-DSC-20)
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

DANIEL NAVARRO, a/k/a Lunatico,

       Defendant - Appellant.

_____

No. 16-4600
(3:15-cr-00121-RJC-DSC-30)
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

OSCAR TREJO, a/k/a Trigger, a/k/a Maliente,

       Defendant - Appellant.

_____

O R D E R

_____

Upon consideration of the appellants' unopposed motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in United States v. Ali, Case No. 15-4433, and United States v. Simms, Case No. 15-4640, both cases orally argued on October 28, 2016, and issuance of the decision by the United States Supreme Court in Lynch v. Dimaya, 137 S. Ct. 31 (cert. granted September 29, 2016).

                                              For the Court

                                              /s/ Patricia S. Connor, Clerk